Michael D. Hirsch, Esq. (SBN 185342)
Jennifer P. Taton, Esq. (SBN 287747)
CHRISTENSEN HSU SIPES LLP
1629 Cravens Avenue
Torrance, CA 90501
Tel. (310) 222-8607 / Fax (310) 222-8680
Mike@chs.law
JenniferT@chs.law

Attorneys for Defendants
ES EXPRESS LINES, INC. AND MOSHIR ELHABBAL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVSION

| | |
|---|---|
| EARL BRAXTON and VIRGINIA BRAXTON,<br><br>              Plaintiffs,<br><br>vs.<br><br>MOSHIR ELHABBAL; ES EXPRESS LINES, INC.; DOE INDIVIDUALS 1 through X, Inclusive, et al.<br><br>              Defendants. | Case No.:  5:18-cv-00259–JGB–SHK<br><br>**JOINT NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs, Earl and Virginia Braxton, and Defendants, Moshir Elhabbal and ES Express Lines, Inc., have reached a settlement in the above-referenced case. A formal settlement agreement will be circulated between the parties for review and approval. Once all of the appropriate signatures have been obtained, an executed Stipulation of Dismissal of the entire action will be filed.

/ / /

/ / /

/ / /

-1-

Pursuant to L.R. 5-4.3.4(a)(2)(i), all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**IT IS SO STIPULATED.**

Dated: March 25, 2019     ATKINSON, WATKINS & HOFFMANN LLP

By: */s/ Matthew Hoffmann, Esq.*
Matthew Hoffmann, Esq.
Attorneys for Plaintiffs
EARL BRAXTON and VIRGINIA BRAXTON

Dated: March 25, 2019     LAW OFFICE OF DAVID LYNN

By: */s/ David Lynn*
David Lynn, Esq.
Attorneys for Plaintiffs
EARL BRAXTON and VIRGINIA BRAXTON

Dated: March 25, 2019     CHRISTENSEN HSU SIPES LLP

By: */s/ Jennifer P. Taton*
Michael D. Hirsch, Esq.
Jennifer P. Taton, Esq.
Attorneys for Defendants
ES EXPRESS LINES, INC. and MOSHIR ELHABBAL